IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RICKY GLENDALL DAVIS, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:09CV274-HEH
)
TIMOTHY A. SMITH, *et al.*, )
)
Defendants. )

## ORDER
### (Dismissing Certain Claims; Ordering Service of Amended Complaint)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff's Objections to the Report and Recommendation are OVERRULED;

2. The Report and Recommendation is ACCEPTED AND ADOPTED with respect to Plaintiff's original Complaint;

3. Claims One, Three, Four, Five, and Six of the Amended Complaint are DISMISSED WITHOUT PREJUDICE;

4. Plaintiff shall have 120 days to serve all Defendants;

5. The Clerk is DIRECTED to issue process for Defendants at the addresses provided by Plaintiff; and,

6. The Marshal is DIRECTED to serve Defendants in accordance with Federal Rule of Civil Procedure 4(e). Service shall include a copy of this Memorandum Opinion and Order. The Marshal shall FILE his returns within thirty (30) days of the date of entry hereof.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

Date: Jan. 22, 2010
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge